# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED FOOD AND COMMERCIAL WORKERS UNION, LOCAL 73A, AFL-CIO & CLC,**

        Plaintiff,

        V.                      CASE NUMBER: **05-C-157**

**HORMEL FOODS CORPORATION,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the Plaintiff's motion for summary judgment on its action to enforce an arbitration award issued February 13, 2004 against the defendant is DENIED.**

**The Defendant's motion for summary judgment is GRANTED.**

**This action is hereby DISMISSED.**

      September 8, 2006                                           SOFRON B. NEDILSKY
Date                                                                Clerk

                                                                       s/ Linda M. Zik
                                                                       (By) Deputy Clerk